FILED'05 JUN 16 15:16USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| PATRICIA BURKE-KOBACK, | Civil No. 03-1458-KI |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JOANNE B. BARNHART,<br>Commissioner of Social Security<br>Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6947.10 and expenses in the amount of $33.73, for a total of $6980.83, shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. Of that total amount, $1300 shall be awarded directly to attorney Phyllis Burke and the remainder directly to attorney Linda Ziskin. Additionally, it is hereby Ordered that costs in the amount of $8.10 shall be awarded to attorney Ziskin pursuant to 28 U.S.C. § 1920.

DATED this __16__ day of __June__, 2005.

_____
UNITED STATES JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant

Page 1    ORDER FOR EAJA FEES - [03-1458-KI]